ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MORRIS DIEHL,                          )   Case No. EDCV 11-0117 AN
                                       )
              Plaintiff,               )   JUDGMENT
                                       )
        v.                             )
                                       )
MICHAEL J. ASTRUE,                     )
COMMISSIONER OF THE SOCIAL             )
SECURITY ADMINISTRATION,               )
                                       )
              Defendant.               )
_____)

    For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and this matter is remanded for the payment of benefits.


DATED: March 5, 2012                _____
                                        ARTHUR NAKAZATO
                                    UNITED STATES MAGISTRATE JUDGE